**Dated: December 19, 2022**
**The following is ORDERED:**

_____
**Denise E. Barnett**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TENNESSEE**

In re:   ERNESTINE PITTMAN HARRIS

Debtor

Case No. 22-22471
Chapter 13

ORDER GRANTING DEBTOR'S MOTION UNDER RULE 3002.1(e)

Upon this day comes the hearing on the debtor's Motion Under Rule 3002.1(e). From the statements of counsel, the Court finds that:

1. The debtor filed for relief under Chapter 13 of the United States Bankruptcy Code on June 20, 2022.

2. U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust (hereinafter referred to as "mortgagee") filed a notice pursuant to Rule 3002.1(c) on November 17, 2022, claiming that $800.00 in fees, expenses and/or charges were incurred after the case was filed that are recoverable against the debtor or against the collateral. The debtor filed the instant Motion Under Rule 3002.1(e) (Document #37) on November 30, 2022. No objection or other responsive pleading was filed by mortgagee.

      3.    The debtor's Motion is granted.  The payment of the fees, expenses and/or other charges listed on the notice pursuant to Rule 3002.1(c) filed by mortgagee on November 17, 2022 are not required to be paid by either the underlying agreement or applicable non-bankruptcy law to cure a default or maintain payments in accordance with § 1322(b)(5). Mortgagee is accordingly prohibited from collecting same against the debtor or the collateral.

      IT IS SO ORDERED.

Approved:

/s/ Herbert Hurst_____
Herbert Hurst  (18721)
Hurst Law Firm, P.A.
Attorney for Debtors
P. O. Box 41497
Memphis, TN  38174-1497
(901) 725-1000

/s/ Sylvia F. Brown_____
Chapter 13 Trustee


## CERTIFICATE OF MAILING

cc:
Debtor
Debtor's Attorney
Ch. 13 Case Trustee
U.S. Bank Trust National Association, as Trustee of Igloo Series V Trust